**Opinion issued April 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00142-CV

————————————

## IN RE TEAM INDUSTRIAL SERVICES, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Team Industrial Services, Inc. has filed a petition for writ of mandamus to obtain a continuance of the February 18, 2020 trial setting.[1] On

---

[1] The underlying case is *Kelli Most, Individually and as Personal Representative of the Estate of Jesse Henson, Tracy Dunnaway, Bailey Burchett, Individually and as Administrator of the Estate of Damien "Craig" Burchett, and Dalton Burchett v. Team Industrial Services, Inc.*, cause number 18-DCV-256883, pending in the 268th District Court of Fort Bend County, Texas, the Honorable O'Neil Williams presiding.

February 14, 2020, this Court issued an order staying the trial pending disposition of the petition.

Real party in interest, Kelli Most, Individually and as Personal Representative of the Estate of Jesse Henson, filed a response to the petition. Real party, Kelli Most and real party, Bailey Burchett, Individually and as Administrator of the Estate of Damien "Craig" Burchett, and Dalton Burchett, filed a joint motion to dismiss the petition as moot.

We lift the stay and deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.